JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA, | Case No. CV 15-8840 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CARL'S JR. RESTAURANTS, LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED that judgment is hereby entered in favor of defendant on plaintiff's claim for relief under the Americans with Disabilities Act, and his remaining state law claims be dismissed without prejudice to being filed in the Superior Court for the State of California. The parties shall bear their own fees and costs.

Dated this 7th day of July, 2017.

/s/
Fernando M. Olguin
United States District Judge